UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.:  05-400 (MJD/AJB)

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                                          ORDER

(1) RYAN KEOMANIVONG,

       Defendant.

       Defendant Keomanivong has filed a waiver of speedy trial in this case.

The government has filed no objections.  Therefore, the Court will grant the waiver of

speedy trial.

       Based on all the files, records and proceedings herein, **IT IS HEREBY**

**ORDERED**, that:

       1.    Defendant Keomanivong's waiver of speedy trial [docket # 17] is

**GRANTED**;

       2.    The time between December 22, 2005, and May 4, 2006, shall be

excluded in computing the time within which the trial in this matter must commence

under the Speedy Trial Act pursuant to Title 18, United States Code, Section

3161(h)(8)(A).  The ends of justice will be served by continuing the trial date.  This

finding is based upon the Court's conclusion that the failure to grant such a

continuance would unreasonably deny the parties a right to a fair and just hearing.

Dated: April 12, 2006

               s / Michael J. Davis
               MICHAEL J. DAVIS
               United States District Court Judge